# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DIANE ANDERSON | ) | Case No. 1:22-cv-705-TWP-MG |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DUKES MEMORIAL HOSPITAL | ) | |
| AUXILIARY, INC. | ) | |
|     Defendant | ) | |

## ORDER ON PLAINTIFF'S MOTION FOR INTERLINEATION

The Plaintiff, by counsel, having filed her *Motion for Interlineation* and the Court having read and examined said Motion, now finds this Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion for Interlineation is granted, and that the caption of Plaintiff's case shall be Diane Anderson v. Dukes Health System, LLC d/b/a Dukes Memorial Hospital moving forward.

Date: 6/8/2022

                                                       Mario Garcia
                                                       United States Magistrate Judge
                                                       Southern District of Indiana

Distribution: served electronically on all ECF-registered counsel of record